In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for the Hutchinson River Parkway Extension in the Borough of The Bronx.

HENRY STEERS, INC., Appellant.

Argued January 16, 1941; decided February 27, 1941.

*Harry H. Chambers* and *Harry B. Chambers* for appellant.
*William C. Chanler, Corporation Counsel (Paxton Blair, Joseph F. Mulqueen, Jr.,* and *Eugene L. Brisach* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.